Chambers of
J. Thomas Greene
United States Senior Judge
U.S. Courthouse

Telephone (801) 524-6180

July 31, 2007

Honorable Ortrie D. Smith
Chair, Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington D.C. 20544

re: Calendar Year 2006 Filing

Dear Judge Smith,

Thank you for granting me an extension until August 15, 2007, to respond to the Committee's letter of June 15, 2007, concerning my calendar year 2006 financial disclosure report. Since I will be out of town the first half of August, I am responding at this time.

Concerning the items in my 2006 Report dated March 8, 2007 which require a response, I have chosen to respond by this letter and provide information as to each of the items in question. I understand that this letter will be considered an amendment to my 2005 Report, as well as my 2006 Report, and as such will be releasable to members of the public. Accordingly, there is enclosed 3 copies of this letter.

BROKERAGE ACCOUNT # 3 AT MORGAN STANLEY – PART VII- PAGE 7 of 2006 REPORT

Line 60 - DWS Dreman Value Inc. Edge Fund

This security was purchased in 2006. It was listed in my 2006 Report, but the information required in Column D was not provided, due to an oversight. Accordingly, I now provide information under Column D as follows:

(1) Type of transaction: Buy
(2) Date: December 4, 2006

Line 62 - Alliance Global Tech A (Name change from Alliance Technology Fund)

(1)

This security was listed in my 2005 Report (amended report dated May 4, 2006) under the name of Alliance Technology Fund (Part VII – Page 3, Line 51). It was shown in my 2006 Report as a Transfer transaction, also under the name of Alliance Technology Fund (page 7, line 53). It was then listed within the aforesaid Morgan Stanley Brokerage Account under the changed name Alliance Global Tech A (page 7, line 62).

### Line 63 – Alliance Intl Port A

This security was purchased in 2006. It was listed in my 2006 Report, but the information required in Column D was not provided, due to an oversight. Accordingly, I now supply information under Column D, as follows:

(1) Type of transaction: Buy
(2) Date: December 4, 2006

### Line 64 – Unit Van Kampen LBO

This security was purchased in 2006. It was listed in my 2006 Report, but the information required in Column D was not provided, due to an oversight. Accordingly, I now supply information under Column D, as follows:

(1) Type of Transaction: Buy
(2) Date: March 24, 2006

## IRA ACCOUNT #3 AT MORGAN STANLEY- PART VII, PAGE 6 of 2006 REPORT

### Line 47 - MFS Research A

This security mistakenly was not listed in my 2005 Report as having been purchased in year 2005. The item should have been listed as a newly acquired security in 2005, along with the following information:

Column A Name: MFS Research A
Column B(1) Income Amount: Code A; Column B(2) Type: Dividend
Column C(1) Value: Code J; Column C(2) Method: T
Column D(1) Type of transaction: Buy; Column D(2) Date: Dec. 7, 2005

Also, this security should have been listed in my 2006 report as a security held at the end of the reporting period in the Morgan Stanley IRA, along with the following information:

Column A Name: MFS Research A
Column B(1) Income Amount: Code A; Column B(2) Type: Dividend
Column C(1) Value: Code J; Column C(2) Method: T

### Line 48 - MFS INVESTORS TRUST A

This security mistakenly was not listed in my 2005 Report as having been purchased in year 2005. The item should have been listed as a newly acquired security in 2005, along with the following information:

    Column A Name: MFS Investors Trust A
    Column B(1) Income Amount: Code A; Column B(2) Type: Dividend
    Column C(1) Value Code J; Column C(2) Method: T
    Column D(1) Type: Buy; Column D(2) Date: Dec. 7, 2005

Also, this security should have been listed in my 2006 report as a security held at the end of the reporting period in the Morgan Stanley IRA, along with the following information:

    Column A Name: MFS Investors Trust A
    Column B(1) Income Amount: Code A; Column B(2) Type: Dividend
    Column C(1) Value: Code J; Column C(2) Method: T

Line 42 - <u>MFS Gov't Securities A</u>

This security was acquired prior to 2005 and was held by the predecessor IRA, Zions Investment Securities, until it was transferred in 2005 to Morgan Stanley as the successor IRA custodian. It should have been shown in the 2005 Report, as well as the 2006 Report, as one of the listed securities within IRA Account #3 at Morgan Stanley, but somehow it was mistakenly overlooked. The following information should have been provided in both my 2005 Report and my 2006 Report:

    Column A Name: MFS Gov't Securities A
    Column B(1) Income Amount: Code A; Column B(2) Type: Dividend
    Column C(1) Value: Code J; Column C(2) Method: T

Line 45 - <u>Franklin Strategic Inc. A</u>

This security was acquired prior to 2005 and was held by the predecessor IRA, Zions Investment Securities, until it was transferred in 2005 to Morgan Stanley as the successor IRA custodian. It should have been shown in the 2005 Report as well as the 2006 Report as one of the listed securities within IRA Account #3 at Morgan Stanley, but somehow it was mistakenly overlooked. The following information should have been provided in both my 2005 Report and my 2006 Report:

    Column A Name: Franklin Strategic Inc. A
    Column B(1) Income Amount: Code A; Column B(2) Type: Dividend
    Column C(1) Value: Code J; Column C(2) Method: T

Line 49 - <u>Templeton Growth Fund A</u>

This security was acquired prior to 2005 and was held by the predecessor IRA, Zions Investment Securities, until it was transferred in 2005 to Morgan Stanley as the successor IRA

(3)

custodian. It should have been shown in the 2005 Report as well as the 2006 Report as one of the listed securities within IRA Account #3 at Morgan Stanley, but somehow it was mistakenly overlooked. The following information should have been provided in both my 2005 Report and my 2006 Report:

Column A Name: Templeton Growth Fund A
Column B(1) Income Amount: Code A; Column B(2) Type: Dividend
Column C(1) Value: Code J; Column C(2) Method: T

Please advise if anything further is required.

Thank you for the important and much appreciated service you and your able Committee members provide on behalf of all judicial officers, including myself.

Sincerely,

J. Thomas Greene
U.S. District Judge (Utah)

CC: George D. Reynolds

(4)

| AO 10 Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Greene, John Thomas | 2. Court or Organization U.S. District Court - Utah | 3. Date of Report 3/28/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior U.S. District Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address United States Courthouse 350 South Main Street #447 Salt Lake City, UT 84101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 APR -2 A 10: 19 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greene, John Thomas | 3/28/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greene, John Thomas | 3/28/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. -Brokerage Account #1 (Prudential) (Dormant Acct) | | | | | | | | | |
| 2. Federated Dept. Stores | A | Dividend | J | T | | | | | |
| 3. J.C. Penny (delivered) | A | Dividend | J | T | | | | | |
| 4. Brokerage Acct #2 (AG Edwards) | | | | | | | | | |
| 5. -- Money Market | A | Interest | J | T | | | | | |
| 6. -- Conagra Foods, Inc. | A | Dividend | J | T | Sold All | 10/25 | J | A | |
| 7. -- Geoworks Inc. | | None | J | T | Sold All | 10/31 | J | | |
| 8. -- Pepsico, Inc. | A | Dividend | J | T | | | | | |
| 9. -- Yum Brands, Inc. | A | Dividend | J | T | | | | | |
| 10. -- Freescale Semiconductor, Inc. | | None | J | T | Sold All | 10/25 | J | | |
| 11. -- Fidelity National Information (formerly Certegy) | A | Dividend | J | T | | | | | |
| 12. -- Lucent Technologies | | None | J | T | Sold All | 10/25 | J | | |
| 13. -- Motorola, Inc. | A | Dividend | J | T | Sold All | 10/25 | J | A | |
| 14. -- Agere Systems, Inc. (Class B) | A | Dividend | J | T | Sold All | 10/25 | J | | |
| 15. -- Amern Cap Strategies | A | Dividend | J | T | | | | | |
| 16. IRA #1 (Equitable Life - Equivest) | | | | | | | | | |
| 17. -- Equitable Life Money Market | A | Interest | J | T | | | | | |

1. Income Gain Codes: A =$1,000 or less B =$1,001 - $2,500 C =$2,501 - $5,000 D =$5,001 - $15,000 E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000 G =$100,001 - $1,000,000 H1 =$1,000,001 - $5,000,000 H2 =More than $5,000,000
2. Value Codes J =$15,000 or less K =$15,001 - $50,000 L =$50,001 - $100,000 M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000 O =$500,001 - $1,000,000 P1 =$1,000,001 - $5,000,000 P2 =$5,000,001 - $25,000,000
3. Value Method Codes P3 =$25,000,001 - $50,000,000 R =Cost (Real Estate Only) P4 =More than $50,000,000 P2 =$5,000,001 - $25,000,000
(See Column C2) Q =Appraisal V =Other S =Assessment T =Cash Market
U =Book Value W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Greene, John Thomas | 3/28/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Aggressive Stock Fund - Equivest | A | Dividend | J | T | | | | | |
| 19. -- Alliance Common Stock | A | Dividend | J | T | | | | | |
| 20. -- EQ/Alliance Growth & Income | A | Dividend | J | T | | | | | |
| 21. -- EQ/Berstein Diversified | A | Dividend | J | T | | | | | |
| 22. -- EQ/Mercury Basic Value | A | Dividend | J | T | | | | | |
| 23. -- EQ/Putnum Growth & Income | A | Dividend | J | T | | | | | |
| 24. -- EQ/FI Small/Mid Cap Value | A | Dividend | J | T | | | | | |
| 25. -- EQ/Alliance Quality Bond | A | Dividend | J | T | | | | | |
| 26. -- EQ/Alliance Monthly Market | A | Dividend | J | T | | | | | |
| 27. IRA #2 (AG Edwards) | | | | | | | | | |
| 28. -- Centenial Money Market | A | Interest | J | T | | | | | |
| 29. -- Avaya, Inc. Stock | A | Dividend | J | T | Sold All | 10/24 | J | | |
| 30. -- Dell Computer Stock | A | Dividend | J | T | Partial Sale | 10/24 | J | | |
| 31. -- Intel Corp. Stock | A | Dividend | J | T | | | | | |
| 32. -- Lucent Technology Stock | | None | J | T | | | | | |
| 33. -- Motorola Inc. Stock | A | Dividend | J | T | Partial Sale | 10/25 | J | | |
| 34. -- Pfizer Inc. Stock | A | Dividend | J | T | Sold All | 10/25 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) 2. Value Codes (See Columns C1 and D3) 3. Value Method Codes (See Column C2) | A =$1,000 or less F =$50,001 - $100,000 J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | B =$1,001 - $2,500 G =$100,001 - $1,000,000 K =$15,001 - $50,000 O =$500,001 - $1,000,000 R =Cost (Real Estate Only) V =Other | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 S =Assessment W =Estimated | D =$5,001 - $15,000 H2 =More than $5,000,000 M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Greene, John Thomas | 3/28/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Nabors Industries Stock | A | Dividend | J | T | Partial Sale | 10/25 | J | | |
| 36. -- USX Marathon Stock | A | Dividend | J | T | Partial Sale | 10/25 | J | | |
| 37. -- Dynegy Inc. | A | Dividend | J | T | | | | | |
| 38. IRA #3 Morgan Stanley (previously Zions Invest. Sec.) | | | | | | | | | |
| 39. -- Pershing Money Fund | A | Interest | J | T | | | | | |
| 40. -- MFS Strategic Income A | A | Dividend | J | T | | | | | |
| 41. -- Cisco Systems Stock | A | Dividend | J | T | | | | | |
| 42. -- MFS Govt. Securities A | A | Dividend | J | T | | | | | |
| 43. -- Eaton Vance World Health Sci A | A | Dividend | J | T | | | | | |
| 44. -- Franklin Income A | A | Dividend | J | T | | | | | |
| 45. -- Franklin Strategic Inc A | A | Dividend | J | T | | | | | |
| 46. -- Franklin Mutual Beacon A | A | Dividend | J | T | | | | | |
| 47. -- MFS Research A | A | Dividend | J | T | | | | | |
| 48. -- MFS Investors Trust A | A | Dividend | J | T | | | | | |
| 49. -- Templeton Growth Fund A | A | Dividend | J | T | | | | | |
| 50. AARP - Tax Free Muni Bond Fund (Scudder Mgt) | A | Dividend | J | T | Partial Sale | 8/4 | J | A | |
| 51. AARP - Tax Free Money Fund (Scudder | A | Dividend | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
2. Value Codes (See Columns C1 and D3)
3. Value Method Codes (See Column C2)

A =$1,000 or less
F =$50,001 - $100,000
J =$15,000 or less
N =$250,001 - $500,000
P3 =$25,000,001 - $50,000,000
Q =Appraisal
U =Book Value

B =$1,001 - $2,500
G =$100,001 - $1,000,000
K =$15,001 - $50,000
O =$500,001 - $1,000,000
R =Cost (Real Estate Only)
V =Other

C =$2,501 - $5,000
H1 =$1,000,001 - $5,000,000
L =$50,001 - $100,000
P1 =$1,000,001 - $5,000,000
P4 =More than $50,000,000
S =Assessment
W =Estimated

D =$5,001 - $15,000
H2 =More than $5,000,000
M =$100,001 - $250,000
P2 =$5,000,001 - $25,000,000
T =Cash Market

E =$15,001 - $50,000

| Name of Person Reporting | Date of Report |
|---|---|
| Greene, John Thomas | 3/28/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Mgt) | | | | | | | | | |
| 52. Alliance Growth & Income Fund | A | Dividend | J | T | Transfer | | | | See Note in Part VIII |
| 53. Alliance Technology Fund | A | Dividend | J | T | Transfer | | | | |
| 54. AIM Charter Fund | A | Dividend | J | T | Transfer | | | | |
| 55. Mass Investors Growth Stock Fund | A | Dividend | J | T | Transfer | | | | |
| 56. Brokerage Acct #3 (Morgan Stanley)(JTG Acct) | | | | | | | | | |
| 57. -- MMF & Bank Deposits | A | Interest | J | T | Deposit | 11/28 | J | | |
| 58. -- Sun America Tax Exempt Ins A | A | Dividend | J | T | | | | | |
| 59. -- Aquila Tx Fr Tr Utah C | A | Interest | J | T | | | | | |
| 60. -- DWS Dreman Value Inc Edge Fund | A | Dividend | J | T | | | | | |
| 61. -- Alliance Growth & Income A | A | Dividend | J | T | | | | | |
| 62. -- Alliance Global Tech A | A | Dividend | J | T | | | | | |
| 63. -- Alliance Intl Port A | A | Dividend | J | T | | | | | |
| 64. -- Unit Van Kampen LBO | A | Dividend | J | T | | | | | |
| 65. -- Pepco Holdings Stock | A | Dividend | J | T | Transfer | | | | |
| 66. Glaxo Welcome - Smith Klein Stock | A | Dividend | J | T | | | | | |
| 67. Hewlitt-Packer | A | Dividend | J | T | | | | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes   P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000   T =Cash Market
(See Column C2)   Q =Appraisal   V =Other   S =Assessment
U =Book Value   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Greene, John Thomas | 3/28/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. Walgreens | A | Dividend | J | T | | | | | |
| 69. Equifax, Inc. | A | Dividend | J | T | | | | | |
| 70. Fannie Mae | A | Dividend | J | T | Transfer | | | | |
| 71. Exxon Mobile | A | Dividend | J | T | | | | | |
| 72. General Electric | A | Dividend | J | T | | | | | |
| 73. Goodyear Tire & Rubber | A | Dividend | J | T | | | | | |
| 74. J.P. Morgan Chase | A | Dividend | J | T | | | | | |
| 75. U.S. Govt. EE Series Bonds | A | Interest | K | T | Buy Monthly | ea/mo | J | | |
| 76. U.S. Treasury T-Bills | D | Interest | M | T | Buy | 7/15 | J | | |
| 77. 2-year Treasury Note | A | Interest | J | T | | | | | |
| 78. 10-year Treasury Note | A | Interest | J | T | | | | | |
| 79. Zions First National Bank - MM & Checking | A | Interest | K | T | | | | | |
| 80. Associated Federal Employees Credit Union | A | Interest | J | T | Partial WD | 11/28 | K | | |
| 81. Beehive Credit Union | A | Interest | J | T | Partial WD | 10/29 | J | | |
| 82. SEI Investments ▬▬ (managed by acct advisors) | | | | | Sold All | 11/15 | K | A | See Note in Part VIII |
| 83. Zions Bank Checking ▬▬ | A | Interest | J | T | | | | | |
| 84. Zions Bank - Ultimate CD ▬▬ | B | Interest | K | T | Withdrew All | 11/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

**Name of Person Reporting**

Greene, John Thomas

**Date of Report**

3/28/2007

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. Zions Bank -- Internet MM ▓▓▓ | B | Interest | K | T | Deposit | 11/15 | K | | |
| 86. ▓▓▓▓Trust▓▓▓ - 1/2 owner) | | None | J | T | | | | | |
| 87. Brokerage Acct #4 (Morgan Stanley) ▓▓▓ Acct) | | | | | | | | | |
| 88. -- Aquila Tx Fr Tr Utah C | A | Interest | J | T | | | | | |
| 89. -- Franklin Income C | A | Interest | J | T | Buy | 11/15 | J | | |
| 90. -- Franklin Mutual Beacon C | A | Dividend | J | T | Buy | 11/15 | J | | |
| 91. -- Templeton Bric C | A | Dividend | J | T | Buy | 11/15 | J | | |
| 92. Brokerage Acct #5 (Morgan Stanley) ▓▓▓▓▓▓▓ | | | | | | | | | |
| 93. -- Fannie Mae | A | Dividend | J | T | Partial Sale | 8/7 | J | | |
| 94. -- AIM Charter A | A | Dividend | J | T | Partial Sale | 8/4 | J | A | |
| 95. -- MFS Investors Growth Stk A | A | Dividend | J | T | Partial Sale | 8/4 | J | A | |
| 96. Zions Bank _ Internet MM (JTG) | A | Interest | J | T | Deposit | 11/28 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greene, John Thomas | 3/28/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

SEI -- ■■■■■■■■ I sold our entire ownership in this investment prior to 2006 year end. The investment advisors were authorized to buy and sell various securities, such as widely held mutual funds, from time to time for and on behalf of investors such as us. We sold our ownership and have no remaining interest as of 12/31/06.

"Transfer"-- The term "transfer" indicates that the held investment was transfered into one of my brokerage accounts. The investments that have been transferred are now listed in the correct brokerage accounts.

| Name of Person Reporting | Date of Report |
|---|---|
| Greene, John Thomas | 3/28/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮    Date March 28, 2007

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544